IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 1:22-CR-00153-001-RCL |
| § | |
| RAUL JARRIN § | |

## CHARACTER LETTERS IN AID OF SENTENCING

TO THE HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

    COMES NOW, RAUL JARRIN, Defendant in the above-styled and numbered cause, files the attached character letters in aid of sentencing.

    Respectfully submitted,

    SCHAFFER KENNEDY JOHNSON & MAYS

    By:   */s/ Kent A. Schaffer*
           KENT A. SCHAFFER
           Federal ID No. 3603
           TBA No. 17724300
           kentschaffer@gmail.com
           JAMES M. KENNEDY
           Federal ID No. 30414
           TBA No. 24008754
           JamesKennedy@skjm.law
           1001 McKinney Street, Suite 1600
           Houston, Texas 77002
           Telephone: (713) 228-8500
           Facsimile: (713) 228-0034

           Attorneys for Defendant,
           RAUL JARRIN

March 6, 2023

To whom it may concern,

This letter is being written to give a little background about Raul Jarrin from my experiences and interactions with him. I am very disappointed to learn of his situation and his actions that day, for which I expressed to him but also concerned for potential future impacts. As a father of two, the importance of our actions can never be stressed enough, and unfortunately, we cannot take it back once it has happened. One of my favorite sayings, is think before you do.

I have known Raul Jarrin for probably almost 20 years now. Our paths crossed at Ernst & Young as staff. I briefly worked in the same office in Houston as Raul and then over the years saw each other at conferences or other events. We have remained in contact over the years discussing various tax matters, colleagues, sports, etc. As accountants, we are held to high ethical standards and as Enrolled Agents to practice before the IRS requires continuing education.

He informed me that he was going to the rally at the Capital, but never mentioned actually going in, until the charges were assessed against him. Raul is a passionate person, but not a violent or vindictive individual. His demeanor is upbeat and usually has a smile on his face. His passion shows through in any sport for the University of Houston. He is in regular attendance at football and basketball games. He enjoys watching sports and being a fan. He is also a devout Christian, as the son of a preacher. He regularly attends church services. He is passionate about things in life.

Raul is more of a follower than a leader. He has yet to make manager at Ernst & Young, because he follows along and is not aggressive in demanding to be management. My guess is that on that day at the Capital, his passion got the best of him and his ability to think rationally until it was too late. He should have known better than to actually enter, for which I believe he realized this was a mistake and soon left. He will need to live with this mistake the rest of his life.

As far as character, Raul is still a good person, in my opinion. My wife and a former colleague on a business trip to Houston had dinner with Raul just last year. Raul is the type of person that reaches out at the holidays for wishes and always has a quick wit if one of my children answers the phone. Entering the Capital has not changed my view of Raul as a person and consider him a good friend.

Regards,

*[signature]*

Lee Schilling

# TEXAS FAMILY PRACTICE ASSOCIATES

SAMUEL L. SIEGLER, II, J.D., M.D., P.A.

Honorable Royce C. Lamberth
Senior United States District Judge

February 20, 2023

Dear Honorable Judge Lamberth

May name is Samuel L. Siegler, II. I am a physician and the president of Texas Family Practice and Associates in Houston Texas. I have been Raul Jarrin's primary care physician for over twenty five (25) years. I am aware that Mr. Jarrin pleaded guilty to trespassing at the United States Capital on January 6, 2021. I was both shocked and surprised to learn that a man of Mr. Jarrin's integrity and character would be involved in such criminal conduct.

Mr. Jarrin has always been compliant with his medical care and consistently presented himself in an honest, cordial, and highly professional manner.
Mr. Jarrin has a strong Christian faith that he has leaned on to guide him through past medical issues and I am confident his faith will see him through this grievous misstep as well.
Mr. Jarrin has provided admirable support and comfort to an ailing father and extraordinary care and guidance to a sister in need.

I respectfully plead with the court to consider Raul Jarrin in totality as a good and honest person rather than judging him out of context based on a single irrational act.
Mr. Jarrin has expressed deep remorse for his criminal trespass and my plea for your consideration of leniency is based on his humanity and not as any kind of special favor.

Sincerely,

Samuel L. Siegler, II, M.D.,J.D.
1200 Binz Suite 670
Houston, Texas 77004
713-526-8372

April 26, 2023

Re: Letter of Character for Raul Jarrin

To the Honorable Judge:

My name is Elizabeth Jung and I have known Raul Jarrin for over 55 years. Our families have been very close-knit since we met. We met the Jarrin family at church and immediately hit-it-off with the whole family. Their family was and continues to be genuinely kind, loving and respectful. Our moms became the best of friends as did our families. We took vacations together and countless gatherings where we got to know each other. As Raul and I grew up our families continued to get-together. Eventually, our moms passed away and we are still very close. Raul is kind, thoughtful and respectful, he has never given any indication of violence or aggressive behavior. Raul and his family are very respected members of society, including at his church, his workplace and with his friends. Raul is like a brother to me and I know without a doubt that he takes this situation very seriously and has learned his lesson. I kindly ask and pray that you would extend your mercy on him.

Sincerely,

*Elizabeth Jung*

Elizabeth Jung
(512) 422-7081

1216 Byrd Ranch Road • Johnson City, Texas •78636

Dear Honorable Judge Royce C. Lamberth
Senior United States District Judge

    My name is Elio Acosta Jr. I have been a Flight Attendant for American Airlines for just over 33 years.
I have known Raul Jarrin practically all my life. His mom and mine were best friends. We grew up in each other's homes since I was 6 years old. I'm now 61. In all those years this is the first time I have ever known him to be in any legal trouble. I was so surprised when Raul Jarrin informed me he has pleaded guilty to trespassing. My self and family and as well as Raul Jarrin and his family have always been good God loving people. In the years I have known Raul Jarrin I have seen him help so many people, financially as well as with hard hands-on work. He has come to my rescue many times. Especially when I had quadruple bypass surgery. He immediately rushed to my side and after me leaving the hospital he spent 2 weeks helping my wife and me with everything associated with recovering at home. After those two weeks he still drove up on weekends to give my wife a break from the pressure of home care. This same kindness I have seen Raul do many times for his friends, family and people in his church.
    Raul Jarrin has also been a very hard worker all his life. He worked his way through college and has become a very valuable and respected employee of Ernst & Young. I could go on and on of the good I have known Raul Jarrin to do but it would take me a full day's conversation with you. That I would happily do.
    I can say and swear an oath that Raul Jarrin is by far the most honest man I know, only equal to my late mother and grandfather who was a retired minister. I'm still in shock that he was involved in this crime of trespassing.
    I ask and plead with all my heart, soul, and mind that you may find and consider leniency based on the contribution and service to his fellow man, family, and friends that Raul Jarrin has performed in the life time I have known him. I'm not a gambling man but I would wager you a gentleman's bet that you will "never" see nor hear of Raul Jarrin being in any legal trouble again.
    Thank you for taking the time to read this.

Elio Acosta Jr
214-394-8890

February 20, 2023

February 21, 2023

Dear Honorable Royce C. Lamberth

Senior United States District Judge,

My name is Karen Acosta. I have been a flight attendant with American Airlines for 34 years. I have known Raul Jarrin for over 30 years, through my husband, Elio Acosta, JR. My husband's family grew up with Raul's family, and Elio considers Raul to be "like a brother" to him.

I was surprised to learn that Raul has pleaded guilty to trespassing. Raul has always been caring, kind, honest, generous, thoughtful, and lives out his Christian faith every day. I have never heard Raul say an un-kind word about anyone. He is a positive person and one of the most selfless people I know.

A little over four years ago, my husband, Elio, unexpectedly had to undergo quadruple bypass open heart surgery. Raul asked what he could do to help us, and arranged with his employer, Ernst & Young, to be allowed to work remotely so he could come up to the Dallas area (from Houston) and stay with us to help take care of my husband. Raul never complained, or acted "put out", even though I know it was a hardship for him to come help.

Several years ago, my father, who had dementia (Alzheimers) had to be moved permanently from Arizona to Texas, to be close to family, as my mother had just passed away at that time. Dad's taxes were extremely complicated that year. I knew if anyone would be able to sort all the different returns and papers dad would need to file correctly, it would be Raul. I asked Raul if he would help to make sure dad and I did everything correctly. Again, he graciously and selflessly ( and I might add "cheerfully") answered all my questions and made sure we did not make any mistakes! Raul was and still is very busy with his accounting career at Ernst & Young, but was kind to me, only wanting to help in any way he could. He truly is one of the most honest, selfless and positive people I know. He put himself through college, working many years, saving money, so he could take the courses he needed to earn his degree.

Most everyone makes at least one big mistake in their life that they regret. I know Raul Jarrin deeply regrets this mistake. I do believe there is always a second chance for mistakes, especially for someone like Raul, who is a law-abiding, hard-working citizen and Christian man. Raul is full of joy, positive and honest, with concern and compassion for those around him. I respectfully ask for leniency in sentencing, based on his character and being a contributing and productive member of society.

I would like to thank you for taking the time to read my letter.

Sincerely,

*Karen A Acosta*

Karen A Acosta

**Ruben A Jarrin A.I.A**
7747 Kensico Rd. Houston, TX 77036
(713) 301 6636
rjarrin@sbcglobal.net



04/28/2023

**Dear Honorable Judge Royce C. Lamberth**
Senior United States District Judge

My name is Ruben A Jarrin. I am an Architect in the state of Texas and a proud alumnus of the University of Houston since 1989.

I have known Raul Jarrin all of his life. He is my younger brother by two years. We were brought up by our parents to follow the teachings of our Lord Jesus Christ as expressed in the Bible. He has never been in any legal problems, and he is cherished adviser in many areas of life where I have sought his opinion. I do not know of an area where his advise has led me astray. He has taken care of me when I was sick and in a medical comma in 2008, he is an integral part of the team that takes are of our elderly 93 year old father. I kow of many people and friends who could testify to the kindness and assistance that my brother has rendered.

He is a tireless worker and put himself through college, and has been a valued employee of Ernst & Young, since graduation. The friendships he has formed are lifelong friendships, and many have expressed to me the value they place on his fiendship.

I am surprised that he would place himself into the situation where he was charged with trespassing and would take an oath that any acts leading to those charges were done unknowlingly and without malice or desire to cause harm.

I would add that my brother Raul has shown the ability to learn from his mistakes and have no doubt that he has learned fromn this.

I humbly ask and request that you consider any and all leniency in this case, based on his character, and the value that his fellowship has imparted to all who know him.

I appreciate and am grateful for the time and consideration you give to my plea.

Sincerely,

Ruben A Jarrin A.I.A

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed the foregoing under seal with the Clerk of the Court using the CM/ECF system. A courtesy copy will be emailed to the Assistant United States Attorney.

*/s/ Kent A. Schaffer*
KENT A. SCHAFFER
