IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Case No. 1:22-CR-00153-RCL |
| RAUL JARRIN | § | |

# JARRIN'S SUPPLEMENT TO
# MEMORANDUM IN AID OF SENTENCING

TO THE HONORABLE ROYCE C. LAMBERTH, SENIOR UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

RAUL JARRIN, defendant, ("Mr. Jarrin") through his attorneys of record, supplements his Memorandum in Aid of Sentencing and shows:

Attached is Mr. Jarrin's statement for acceptance of responsibility.

        Respectfully submitted,

        */s/ Kent A. Schaffer*
        KENT A. SCHAFFER
        Federal ID No. 3603
        TBA No. 17724300
        Email: Kentschaffer@gmail.com
        James M Kennedy
        Federal ID No. 30414
        TBA No. 24008754
        Email: JamesKennedy@sckmlaw.com
        SCHAFFER CARTER KENNEDY MAYS
        1001 McKinney Street, Suite 1600
        Houston, Texas 77002
        Houston, Texas 77002
        713-228-8500

        Counsel for Defendant,
        RAUL JARRIN

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

                                        */s/ Kent A. Schaffer*
                                        KENT A. SCHAFFER